ARCHIBALD W. Moss, Appellant, v. DUNN & McCARTHY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Hill, P. J., McNamee and Heffernan, JJ., concur; Rhodes and Crapser, JJ., dissent.

FIRST NATIONAL BANK OF GLENS FALLS, N. Y., Respondent, v. GRACE M. PARKS (Widow of GEORGE H. PARKS, Deceased), and the EMERSON NATIONAL BANK OF WARRENSBURG, as Substituted Trustee, etc., Defendants; HARRIET PARKS DUPORT and GRACE MARGARET PARKS, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

HENRIETTA BECKER, Respondent, v. JOSEPHINE ZULLO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

PETER FEKETE, Respondent, v. H. L. & F. McBRIDE, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

ROBERT HUME, Respondent, v. PETER G. D. TEN EYCK, Appellant. EMMA HUME, Respondent, v. PETER G. D. TEN EYCK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

DONALD G. RICHARDS, Respondent, v. THE TEXAS COMPANY, Appellant, and EDWIN C. MAGGS, Respondent. CLEON B. RICHARDS, Respondent, v. THE TEXAS COMPANY, Appellant, and EDWIN C. MAGGS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.